**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeremie PUGH, Defendant–Appellant.**

No. 11–14763
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 25, 2012.

Timothy J. Storino, Dahil Dueno Goss, Tracia M. King, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

S. Ralph Martin, Jr., Law Office of S. Ralph Martin, Jr., Atlanta, GA, for Defendant–Appellant.

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

S. Ralph Martin, appointed counsel for Jeremie Pugh in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED,** and Pugh's convictions and sentences are **AFFIRMED.**